Peter G. Bertling (SBN 131602)
Bertling Law Group
21 East Canon Perdido Street, Suite 204B
Santa Barbara, CA 93101
Telephone: 805-879-7558
Facsimile: 805-869-1597
peter@bertlinglawgroup.com

Attorneys for Plaintiffs

PHILLIP A. TALBERT
United States Attorney
JOSEPH B. FRUEH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail:     joseph.frueh@usdoj.gov
Telephone: (916) 554-2702
Facsimile:  (916) 554-2900

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ALEXANDER, individually, and on behalf of the ESTATE OF SANDRA L. CAREY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 2:22-cv-01324-KJM-CKD<br><br>**STIPULATION AND ORDER FOR MODIFYING SCHEDULING ORDER (ECF 9)** |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED, by and between the parties and subject to Court approval, that (1) the deposition of the non-retained expert witness Gurinder J. Singh, M.D., may occur on January 10, 2024, after the current expert-discovery cutoff December 15, 2023, and (2) the deadline to file dispositive motions shall be continued commensurately from December 29, 2023, to January 26, 2024. *See* ECF 9.  The reasons for this stipulation are as follows.

The parties have acted with diligence to complete fact and expert discovery, and to date they have not sought any modifications to the Court's Scheduling Order.  One of the non-retained expert witnesses in this case, however, has had repeated health issues that have resulted in the cancellation of two previously scheduled depositions.  The parties respectfully submit there is good cause to modify the scheduling order in light of the unanticipated delay in completing this witness's deposition.

Dated: December 1, 2023         BERTLING LAW GROUP

/s/ *Peter G. Bertling*         (authorized 12/1/2023)
PETER G. BERTLING

Attorneys for Plaintiffs

Dated: December 3, 2023         PHILLIP A. TALBERT
United States Attorney

By:   /s/ *Joseph B. Frueh*
JOSEPH B. FRUEH
Assistant United States Attorney

Attorneys for Defendant

**IT IS SO ORDERED**

Dated:  December 5, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE