Peter G. Bertling (SBN 131602)
Bertling Law Group
21 East Canon Perdido Street, Suite 204B
Santa Barbara, CA 93101
Telephone: 805-879-7558
Facsimile: 805-869-1597
peter@bertlinglawgroup.com

Attorneys for Plaintiff

PHILLIP A. TALBERT
United States Attorney
JOSEPH B. FRUEH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail:     joseph.frueh@usdoj.gov
Telephone: (916) 554-2702
Facsimile:  (916) 554-2900

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ALEXANDER, on behalf of the ESTATE OF SANDRA L. CAREY,<br><br>               Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>               Defendant. | No. 2:22-cv-01324-KJM-CKD<br><br>**STIPULATION AND ORDER FOR SETTLEMENT CONFERENCE** |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED, by and between the parties and subject to Court approval, that a settlement conference shall be scheduled in this matter before the Honorable Allison Claire. Judge Claire's chambers has confirmed her availability for a settlement conference on July 11, 2024, at 9:00 a.m., via Zoom.

Dated: April 25, 2024

Respectfully submitted,

BERTLING LAW GROUP

/s/ *Peter G. Bertling*   (authorized 4/25/2024)
PETER G. BERTLING

Attorneys for Plaintiff

PHILLIP A. TALBERT
United States Attorney

By:  /s/ *Joseph B. Frueh*
JOSEPH B. FRUEH
Assistant United States Attorney

Attorneys for Defendant

**IT IS SO ORDERED.**

DATED: April 29, 2024.

CHIEF UNITED STATES DISTRICT JUDGE